

EOD
05/05/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 17-40297 |
| TX. C. C., INC., et al. | § | (Chapter 11) |
| | § | Jointly Administered. |
| Debtors. | § | |

**ORDER APPROVING APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. NUNC PRO TUNC AS ATTORNEYS FOR THE DEBTORS (RE: DOCKET NO. 102)**

On May 2, 2017 came on for consideration the Application (Docket No. 102) (the "Application")[1] of TX. C.C., Inc. and the related debtors and debtors in possession[2] (collectively, the "Debtors"), in the above-styled and numbered case(s), seeking approval of the employment of the firm of Weycer, Kaplan, Pulaski, & Zuber, P.C. ("WKPZ") as its counsel as more particularly set forth in the Application and Declaration on file in this case.  The Court finds that the Application contained the appropriate notice and was served upon the parties contained within the Master Service List of the Debtors.  No objections to the Application were filed.  Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. §101(14) and that the proposed professional represents or holds no interest adverse to the Debtors.

---

[1] The instant Application replaces the Application filed by WKPZ on April 1, 2017 (Docket No. 92).

[2] The debtors in these Chapter 11 cases (each a "Debtor" and collectively, the "Debtors") are TX. C. C., Inc. (Case No. 17-40297), Texas Land & Cattle of Fairview, LLC (Case No. 17-40300), Lone Star Steakhouse & Saloon of Springfield, Inc. (Case No. 17-40303), Lone Star Steaks, Inc. Case No. 17-40330), Texas Land & Cattle Steakhouse of North Carolina (Case No. 17-40332), TXLC of Arlington II, LLC (Case No. 17-40333), Lone Star Steakhouse & Saloon of Southern Missouri (Case No. 17-40334), Lone Star Steakhouse & Saloon of Florida, Inc. (Case No. 17-40335),  TXLC of Missouri, Inc. (Case No. 17-40336), Lone Star Steakhouse & Saloon of Michigan, Inc. (Case No. 17-40339), Lone Star Steakhouse & Saloon of Mississippi, Inc. (Case No. 17-40340), Lone Star Steakhouse & Saloon of Oklahoma, Inc. (Case No. 17-40341), Lone Star Steakhouse & Saloon of Ohio, Inc. (Case No. 17-40342), Texas LC Liquor Company (Case No. 17-40443), and LS Management, Inc. (Case No. 17-40508).

**IT IS THEREFORE ORDERED** that the Application is GRANTED and that the Debtors are authorized to employ WKPZ as attorneys to the Debtors and the related Chapter 11 estates pursuant to 11 U.S.C. § 327(a), *nunc pro tunc* and effective as of March 3, 2017 with all fees payable with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

Signed on 5/5/2017

*Brenda T. Rhoades*     SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE