

EOD
06/26/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 17-40297 |
| TX. C. C., INC., et al. | § | (Chapter 11) |
| | § | (Jointly Administered.) |
| Debtors. | § | |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINES UNDER ORDER (I) GRANTING EXPEDITED MOTION OF DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §105(A) TO ESTABLISH EXCLUSIVE PROCEDURES TO DETERMINE AND SET CLAIMS UNDER THE PERISHABLES AGRICULTURAL COMMODITIES ACT and (II) PROVIDING NOTICE OF PACA CLAIM PROCEDURES (RE: DOCKET NO. 249 AND 324)**

TX. C. C., Inc. and the related debtors and debtors in possession and the parties asserting PACA claims which have filed claim notices pursuant to the *Order Granting Expedited Motion of Debtors for an Order Pursuant to 11 U.S.C. §105(A) to Establish Exclusive Procedures to Determine and Set Claims Under the Perishables Agricultural Commodities Act and (II) Providing Notice of PACA Claim Procedures (Re: Docket No. 143)* (Docket No. 249) (the "PACA Procedures Order") as evidenced by the signature of their respective counsel appearing below hereby agree and stipulate to the following.

IT IS THEREFORE ORDERED THAT:

1. Under §3(b) of the PACA Procedures Order, the Claim Report Deadline is extended to **12:00 Noon on Thursday, June 22, 2017**.

2. Under §3(b) of the PACA Procedures Order, the deadline for the PACA creditors to respond to the PACA Claim Report is extended to **Friday, July 7, 2017**.

3. Under §4(b)(iv) of the PACA Procedures Order, the deadline to resolve disputes before a hearing request is made is corrected and extended to **Friday, July 21, 2017.**

**STIPULATION AND AGREED ORDER EXTENDING DEADLINES UNDER ORDER (I) GRANTING EXPEDITED MOTION OF DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §105(A) TO ESTABLISH EXCLUSIVE PROCEDURES TO DETERMINE AND SET CLAIMS UNDER THE PERISHABLES AGRICULTURAL COMMODITIES ACT and (II) PROVIDING NOTICE OF PACA CLAIM PROCEDURES (RE: DOCKET NO. 249 AND 324)** Page 1
1336148.DOCX

4. Promptly after entry Debtors shall serve this Stipulation and Agreed Order upon all parties appearing on the Master Service List on file in this case.

Signed on 6/26/2017

_Brenda T. Rhoades_   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

*{CONTINUED ON FOLLOWING SHEET]*

**AGREED:**

| | |
|---|---|
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br><br>By: */s/ Jeff Carruth*<br>JEFF CARRUTH (TX SBN:. 24001846)<br>3030 Matlock Rd., Suite 201<br>Arlington, Texas 76105<br>Telephone: (713) 341-1158<br>Fax: (866) 666-5322<br>E-mail: jcarruth@wkpz.com<br><br>PROPOSED ATTORNEYS FOR TX. C. C., INC., ET AL., DEBTORS AND DEBTORS IN POSSESSION | SHERMAN & YAQUINTO, L.L.P.<br><br>By:*/s/ Robert Yaquinto, Jr.\**<br>Robert Yaquinto, Jr.<br>Texas Bar Number 22115750<br>509 N. Montclair Avenue<br>Dallas, Texas 75208-5450<br>Telephone: (214) 942-5502<br>rob@syllp.com<br><br>ATTORNEYS FOR BROTHERS PRODUCE, INC., BROTHERS PRODUCE OF DALLAS, INC., BROTHERS PRODUCE OF AUSTIN, INC., DIXIE PRODUCE, INC., DOHME PRODUCE, INC. D/B/A CENTRAL ILLINOIS PRODUCE CO., VERMILION VALLEY PRODUCE CO., INC., FRONTIER PRODUCE, INC., JOE LASITA & SONS, INC., P J K FOOD SERVICE CORP, D/B/A KEANY PRODUCE CO, LAGRASSO BROS, INC., LIBERTY FRUIT CO., INC., RIVER CITY PRODUCE COMPANY, INC., SENN BROTHERS, INC., AND SIRNA & SONS, INC. |
| LA W OFFICE OF MARION QUESENBERY<br><br>By:    */s/ Jennifer A. Niles\**<br>Jennifer A. Niles, Ca. SBN 188451<br>2625 Alcatraz Avenue, Suite 514<br>Berkeley, CA 94705<br>Telephone: 510-705-8894<br>Facsimile: 510-843-1716<br>Email: jennifer@quesenberylaw.com<br><br>ATTORNEY FOR DALMARES PRODUCE, INC. | *\* Signature by permission by /s/ Jeff Carruth* |

---

**STIPULATION AND AGREED ORDER EXTENDING DEADLINES UNDER ORDER (I) GRANTING EXPEDITED MOTION OF DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §105(A) TO ESTABLISH EXCLUSIVE PROCEDURES TO DETERMINE AND SET CLAIMS UNDER THE PERISHABLES AGRICULTURAL COMMODITIES ACT and (II) PROVIDING NOTICE OF PACA CLAIM PROCEDURES (RE: DOCKET NO. 249 AND 324)** **Page 3**
1336148.DOCX